IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEAN HOPWOOD, | : | |
|     Plaintiff | : | No. 1:16-cv-01318 |
| | : | |
|     v. | : | (Judge Kane) |
| | : | (Magistrate Judge Saporito) |
| NANCY A. BERRYHILL,[1] | : | |
|     Defendant | : | |

## ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Before the Court is the May 26, 2017 Report and Recommendation of Magistrate Judge Saporito (Doc. No. 13), recommending that the Court affirm the Social Security Commissioner's final decision denying Plaintiff Jean Hopwood's application for disability insurance benefits under Title II of the Social Security Act on the basis that substantial evidence supports the Administrative Law Judge's determination that Plaintiff was not disabled under the Social Security Act between January 1, 2009 and June 30, 2011. (Doc. No. 13.) No timely objections have been filed.

**AND SO**, on this 19th day of June 2017, upon independent review of the record and applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation (Doc. No. 13), of Magistrate Judge Saporito;

2. The Commissioner's decision is **AFFIRMED**, and Plaintiff Jean Hopwood's request for an award of benefits is **DENIED**;

3. Judgment is entered in favor of the Commissioner and against Plaintiff; and

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. §405(g), Acting Commissioner Nancy A. Berryhill is automatically substituted as the named defendant in place of the former Commissioner of Social Security.

4. The Clerk of Court is directed to **CLOSE** the case.

                                                                                                s/ Yvette Kane
                                                                                                Yvette Kane, District Judge
                                                                                                United States District Court
                                                                                                Middle District of Pennsylvania